### No. 816
### CARMOSINO v. STATE
Ohio Appeals, 8th Dist., Cuyahoga County
No. 5543.    Cuyahoga County

293.  CONTEMPT—Contempt against a purchaser at sheriff's sale for default cannot be supplemented by forfeiting a down payment.

SULLIVAN, J.                    Epitomized Opinion
Published Only in Ohio Law Abstract

A fine of $50 and an order forfeiting a down payment of $295 for the purchase of land sold at sheriff's sale was imposed by the common pleas upon Carmosino. Reversing the court below, the Court of Appeals held:

1. Neither 11687 nor 12142 GC. affords a court authority to supplement the penalty and punishment for contempt by depriving a purchaser at public sale of his property without due process of law. Pierce v. Stewart, 61 OS. 424.

Attorneys—M. A. Picciano, for Carmosino; E. C. Stanton, for State; both of Cleveland.